F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 0 2 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00621-BNB

HERMAN BARNES, JR.,

    Plaintiff,

v.

ALLRED,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Herman Barnes, Jr., is a prisoner in the custody of the Bureau of Prisons who currently is incarcerated at the United States Penitentiary Administrative Maximum. On March 11, 2011, Mr. Barnes filed *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Although Mr. Barnes is subject to restrictions under § 1915(g), he was granted leave to proceed pursuant to § 1915 because he alleged in the instant action that he was under imminent danger of serious physical injury. He specifically asserted that he was diagnosed with cirrhosis of the liver, and that his life was in danger because he was not receiving hepatitis treatment, which laboratory tests and a liver biopsy indicated he needed. In addition, he alleged that a November 2010 medical report from St. Thomas More Hospital in Cañon City, Colorado, indicated that medical personnel should "proceed quickly with work-up to submit for treatment." *See* complaint at ex. A.

It came to the Court's attention that Mr. Barnes made the identical allegations in

another case he initiated in this Court. **See Barnes v. Allred**, No. 11-cv-00575-BNB (D. Colo. filed March 8, 2011). Therefore, on March 24, 2011, Magistrate Judge Boyd N. Boland ordered him to show cause within thirty days why the instant action should not be denied as repetitive of No. 11-cv-00575-BNB. On April 1, 2011, Mr. Barnes submitted his response to the show-cause order.

The Court must construe the response liberally because Mr. Barnes is not represented by an attorney. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a **pro se** litigant. **See Hall**, 935 F.2d at 1110. In the response, Mr. Barnes fails to show cause as directed. Instead, he discusses his medical condition.

In the March 24 order, Magistrate Judge Boland warned Mr. Barnes that repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. **See Bailey v. Johnson**, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); **Van Meter v. Morgan**, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). He informed Mr. Barnes that the Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. **See Duhart v. Carlson**, 469 F.2d 471 (10th Cir. 1972). The claims asserted in the instant action are repetitive of Mr. Barnes' claims in No. 11-cv-00575-BNB. Therefore, the complaint and the instant action will be dismissed as frivolous or malicious pursuant to § 1915(e)(2)(B)(i).

Accordingly, it is

ORDERED that the complaint and the instant action are dismissed as frivolous or malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because Plaintiff, Herman Barnes,

Jr., has failed to show cause why they should not be dismissed as repetitive of *Barnes v. Allred*, No. 11-cv-00575-BNB (D. Colo. filed March 8, 2011).

DATED at Denver, Colorado, this __2nd__ day of ___May___, 2011.

BY THE COURT:

___s/Lewis T. Babcock___
LEWIS T. BABCOCK
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00621-BNB

Herman Barnes, Jr.
Reg. No. 22698-086
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on May 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk